THE STATE OF TEXAS v. M. A. PHELPS ET AL.

A bail bond must show to what court the defendant is bound to appear.

APPEAL from Starr. Tried below before the Hon. Wm. H. Russell.

August 30, 1871, Pedro Gonzales, principal, and the appellees as sureties, executed a bail bond, the condition of which is as follows:

"Now if the said Pedro Gonzales shall be and appear in person before the Hon. District, at the next regular term, to be held in Rio Grande City, in said county, on the third Monday in November," etc.

The securities filed exceptions to said bond, which were sustained, and the State appealed.

*Atorney-General*, for the State.

OGDEN, P. J.—This is an appeal from a judgment quashing a forfeited bail bond. The bond bound the defendant to appear at the "Hon. District," without specifying what district, or county, or court at which the defenant was bound to appear, and on motion the court quashed the bond and dismissed the cause.

There is no error in the judgment, and it is affirmed.

AFFIRMED.